RECEIVED
2005 NOV -7 A 10:00
...DISTRICT COURT
MIDDLE DISTRICT...

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:05MJ137-W |
| | * |
| LEEANDORA WOODS | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and enters her appearance in this cause as Counsel for Leeandora Woods.

Respectfully submitted this 7th day of November 2005.

_____
Susan G. James (JAM0122)

Susan G. James
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2005, I filed the foregoing with the Clerk of Court notification of such filing to the following:

Kent Brunson
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

_____
Counsel