| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| ❒ INITIAL APPEARANCE | DATE: November 7, 2005 |
|---|---|
| ❒ BOND HEARING | |
| √ DETENTION HEARING | Digital Recording 10:05 - 12:25 |
| √ PRELIMINARY EXAMINATION | |
| ❒ REMOVAL HEARING (R.40) | |
| ❒ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05mj137-SRW    **DEFENDANT NAME:** Preston Grice, Leeandora Woods, Corey Harvey

**AUSA:** Clark Morris    **DEFT. ATTY:** Don Madison (Grice); Susan James (Woods); Bruce Maddox (Harvey)

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; (   ) YES   Name:

---

| | |
|---|---|
| ❒ | Date of Arrest or ❒ Arrest Rule 40 |
| ❒ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| ❒ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❒ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing/Preliminary Examination held. |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendants to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| √ | Court finds PROBABLE CAUSE. Defendants bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**CONTINUATION OF PROCEEDINGS:**

| Time | Event |
|---|---|
| 10:05 a.m. | Court convenes. |
| 10:08 a.m. | Dan Hamm excused from hearing as defendant Preston Grice as retained counsel Don Madison. |
| 10.09 a.m. | Susan James appears as retained counsel on behalf of defendant Leeandora Woods. Attorney William Turner will file motion to withdraw. |
| 10:10 a.m. | Direct examination by Government Atty. Clark Morris.  (Scott Edwards) |
| 10:34 a.m. | Cross examination by Atty. Susan James. |
| 10:53 a.m. | Cross examination by Atty. Bruce Maddox. |
| 11:11 a.m. | Cross examination by Atty. Don Madison. |
| 11:22 a.m. | Re-direct examination by Atty. Clark Morris. |
| 11:28 a.m. | Re-cross examination by Atty. Don Madison. |
| 11:29 a.m. | Re-cross examination by Atty. Bruce Maddox. |
| 11:31 a.m. | Court finds probable cause and binds the defendants over to the grand jury for further proceedings. |
| 11:32 a.m. | Direct examination by Atty. Susan James.  (Tamara Martin) |
| 11:44 a.m. | Cross examination by Atty. Clark Morris. |
| 11:47 a.m. | Re-direct examination by Atty. Susan James. |
| 11:48 a.m. | Direct examination by Atty. Bruce Maddox. |
| 11:50 a.m. | Direct examination by Atty. Susan James. (Shacara Robinson) |
| 11:53 a.m. | Cross examination by Atty. Clark Morris. |
| 11:55 a.m. | Atty. Bruce Maddox's proffer to the Court regarding defendant Corey Harvey. |
| 11:59 a.m. | Atty. Don Madison's request to recall witness Tamara Martin. Direct examination by Atty. Don Madison. (Tamara Martin) |
| 12:02 p.m. | Direct examination by Atty. Don Madison. (Lorean Grice) |
| 12:09 p.m. | Atty. Susan James' proffer to the Court regarding  defendant Leeandora Woods. |
| 12:12 p.m. | Atty. Don Madison's proffer to the Court regarding defendant Preston Grice. |
| 12:14 p.m. | Government's oral arguments. |
| 12:21p.m. | Atty. Bruce Maddox's response to government's oral arguments. |
| 12:23 p.m. | Court will detain defendants. |
| 12:25 p.m. | Court recessed. Notice to retained counsel hand delivered to Atty. Don Madison and Atty. Susan James. |